Dennis J. SOLOMON Plaintiff–Appellant,

v.

Charles VEST, Defendant,

and

Mit, Defendant–Appellee,

and

Lita Nelson, Raytheon, Inc., Dennis Picard, Teledyne, Inc., Richard Simmons, Natasha Lisman, Robert Lawless, Actuality Systems, Inc., Greg Favalora, Robert Ryan, The Office/Ellis Office Systems, Productivity Systems, Inc., Danda Dudley, Paul Killeen, Alan Morse, Stephen Mindich, Orit Gadiesh, Mary Wolfson, Patrick E. Malloy, Michael Mcmanus, Werner Erhardt, Mark Mordecai, Keith Long, John Vinton, Cran Barry, Inc., Robert Ellis, Richard Plotkin, Altman, Inc., Robert Golden, Rodney Gould, Ellie Altman, Robert Pujol, Lightspace, Inc., Alan Sullivan, Sunrise Systems, Inc., Microvision, Inc., Richard Rutkowski, Joel Kollin and Scott Edelman, Defendants,

and

Texas Instruments, Inc., Defendant–Appellee,

and

University of Southern California, Defendant–Appellee.

No. 06–1041.

United States Court of Appeals, Federal Circuit.

Nov. 22, 2005.

Dennis J. Solomon, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.